IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARLENE ALDORASI *INDIVIDUALLY AND ON BEHALF OF HER HUSBAND, PHILIP ALDORASI* | : : : : | CIVIL ACTION  No. 17-4580 |
| v. | : : | |
| CROSSROADS HOSPITALITY AND MANAGEMENT COMPANY, LLC, et al. | : : : : | |

## ORDER

AND NOW, this 25th day of September, 2018, upon consideration of Defendants Marsha Ray and George McFeeters's Motion to Dismiss Plaintiff's Complaint, Plaintiff Marlene Aldorasi's Motion for Remand to Philadelphia County Court of Common Pleas, Motion for Leave to File Amended Complaint, and Motion to Dismiss Without Prejudice, and the briefing on each of the foregoing motions; after hearing argument on the motions on December 14, 2017, and April 12, 2018; and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Plaintiff's Motion to Remand (Document 4) is DENIED. The claims against Defendants Ray and McFeeters in Plaintiff's original Complaint in this action are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1).

- Defendants Ray and McFeeters's Motion to Dismiss Plaintiff's Complaint (Document 2) is DISMISSED as moot.

- Plaintiff's Motion for Leave to File Amended Complaint (Document 10) is GRANTED. The proposed First Amended Complaint attached as Exhibit A to Plaintiff's Motion shall be filed, and this action shall be REMANDED to the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1447(e).

- Plaintiff's Motion to Dismiss Without Prejudice (Document 21) is DISMISSED as moot.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.